ACCEPTED
01-15-00510-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 12:44:26 PM
CHRISTOPHER PRINE
CLERK

## IN THE
## FIRST COURT OF APPEALS
## OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 12:44:26 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **KENDALL BELL** | § | **CASE NO. 01-15-00510CR** |
| | § | |
| | § | |
| **VS.** | § | On Appeal From Harris County |
| | § | Cause No. 1394740 |
| | § | 263RD  District Court |
| | § | |
| **THE STATE OF TEXAS** | § | |

## APPELLANT'S MOTION
## TO EXTEND TIME TO FILE APPELLATE BRIEF

Appellant, Kendall Bell, moves for an extension of time to file appellate brief, under TEX. R. APP. P. 10.5(b).

### I.  TRIAL COURT PROCEEDINGS

On May 13, 2015, a judge sentenced Mr. Bell to 20 years confinement in TDCJ-Institutional Division, after entering a judgment adjudicating guilt. Mr. Bell had been serving a 6-year term of deferred adjudication for aggravated robbery after being certified from the 314th Juvenile District Court to stand trial as an adult. Defendant filed notice of appeal on May 13, 2015.

### II.  PROCEEDINGS IN THIS COURT

The Appellant's brief was due October 12, 2015.  No previous extension has been requested.

III.

Since the record was completed, counsel has filed a brief in Eric Samuel Tucker v. State, Cause No. 01-15-00274-CR, and has been working to complete a brief in Mayer v. State, Cause No. 14-14-01011-CR, which is subject to abatement. Counsel also has researched and prepared a response to the state's motion for the juvenile court to waive jurisdiction after a reversal and remand on appeal in Guerrero v. State, Cause NO. 14-13-00101-CR, for a hearing that ultimately was reset. Counsel also has five other briefs and one petition for discretionary review this month, all of which are older than this case.

IV.

In the exercise of due diligence, counsel was unable to complete Mr. Bell's brief by the deadline, and needs an additional 30 days to file it. This motion is not filed for purposes of delay, but so that justice may be done.

PRAYER

Appellant respectfully requests that this motion be granted and that the Court permit an extension of time until November 15, 2015 to file Appellant's brief.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

*/s/ Cheri Duncan*

_____

2

**CHERI DUNCAN**
Assistant Public Defender
Harris County Texas
State Bar No. 06210500
1201 Franklin, 13th Floor
Houston Texas 77002
(713) 368-0016
(713) 368-9278 (Fax)
cheri.duncan@pdo.hctx.net

Attorney for Appellant,
**KENDALL BELL**

## CERTIFICATE OF SERVICE

I certify that a copy of Appellant's Motion to Extend Time to File Appellate Brief was served electronically on the Appellate Division of the Harris County District Attorney's Office, 1201 Franklin St, 6th Floor, Houston, TX on October 14, 2015.

*/s/ Cheri Duncan*

_____
**CHERI DUNCAN**